RAYMOND WIENER, Plaintiff-Appellee, *v.* K. C. PARKING LOT COMPANY, Defendant-Appellant.

(No. 53311;

First District—December 3, 1970.

Opinion by Mr. JUSTICE SCHWARTZ.

Davis, Dietch & Ryan, of Chicago, (Arthur F. Cichorski, of counsel,) for appellant.

DOLORES M. NEEDLER, Plaintiff-Appellee, *v.* WILLIAM L. NEEDLER, Defendant-Appellant.

(Nos. 53315, 53378 cons.;

First District—February 26, 1971.

